# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:04CV429-1
## 3:01CR36-1

| | |
|---|---|
| DAVID PEREZ-GARCIA, ) ) Petitioner, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) _____) | ORDER AND JUDGMENT |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1. Respondent's Motion for Summary Judgment is granted; and

2. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is denied.

DATED this 10th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court